## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARNELL BRANCH,<br>　　Petitioner,<br><br>　　v.<br><br>FRANKLIN J. TENNIS, *et al.*,<br>　　Respondents. | CIVIL ACTION<br><br>NO. 07-3532 |

## Order

YOHN, J.

      And now, this 21st day of April 2009, upon careful consideration of Darnell Branch's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the government's response, the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and petitioner's objections thereto, it is hereby **ORDERED** that:

    1.    Petitioner's objections are **OVERRULED**;

    2.    The Recommendation of United States Magistrate Judge Peter B. Scuderi is **APPROVED**;

    3.    The petition for writ of habeas corpus is **DISMISSED** and **DENIED**;

    4.    The Clerk shall **CLOSE** this case for statistical purposes; and

    5.    Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

                                                              s/ William H. Yohn Jr., Judge
                                                              William H. Yohn Jr., Judge